FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
    v.
FREDDIE GUZMAN MEDINA
          Defendant.

Case No.: CR 05-235-R

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- ABSCONDING FROM SUPERVISION
- HISTORY OF VIOLATIONS
- LACK OF BAIL RESOURCES
- HISTORY OF SUBSTANCE ABUSE

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3   convincing evidence that he/she is not likely to pose a danger to the
4   safety of any other person or the community if released under 18
5   U.S.C. § 3142(b) or (c). This finding is based on the following:

6   _____
7   _____
8   _____
9   _____
10  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 9/11/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge